```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIN YUAN,

                Petitioner,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of the U.S. Department of Homeland Security, UR MENDOZA JADDOU, in her official capacity as Director, U.S. Citizenship and Immigration Services, TIM HOUGHTON, in his official capacity as Director, USCIS New York City District Office,

                Respondents.

No. 22-CV-0467 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      An initial conference in this case is scheduled for February 25, 2022. Petitioner has not, however, served Respondents with his petition; nor have Respondents appeared in this case. Moreover, the parties did not submit a joint letter and proposed case management plan on February 18, 2022, as directed in the Court's Order of January 24, 2022. Accordingly, the February 25, 2022 conference is adjourned. Within two weeks of Petitioner serving the Petition and the January 24 Order on Respondents, the parties shall submit the joint letter and proposed case management plan described in the January 24 Order. The Court will reschedule the initial conference following receipt of those submissions.

SO ORDERED.

Dated: February 22, 2022
New York, New York

                                                  _____
                                                  Hon. Ronnie Abrams
                                                  United States District Judge